**Randy Robert BRANSON,
Plaintiff—Appellant,**

v.

**J.W. FAIRMAN, Jr., Warden; et
al., Defendants—Appellees.**

No. 05–16160.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2006.*

Decided April 17, 2006.

Randy Robert Branson, Avenal, CA, pro
se.

Sara E. Turner, Esq., Jennifer G. Perkell, San Francisco, CA, for Defendants-Appellees.

Before: SILVERMAN, MCKEOWN,
and PAEZ, Circuit Judges.

MEMORANDUM **

Randy Robert Branson, a California
state prisoner, appeals pro se from the
district court's summary judgment in favor
of prison officials in his 42 U.S.C. § 1983
action alleging First and Eighth Amendment violations. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de
novo, *Beene v. Terhune,* 380 F.3d 1149,
1150 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment on Branson's deliberate
indifference claims concerning his dental

care because Branson failed to present
evidence that the named defendants knew
of and disregarded a substantial risk to
Branson's health. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128
L.Ed.2d 811 (1994).

Summary judgment was proper on
Branson's First Amendment claims because he failed to allege he was prevented
from sending and receiving mail. *See
Learned v. City of Bellevue,* 860 F.2d 928,
933 (9th Cir.1988).

Summary judgment was also proper on
Brandon's claims against supervising officials because he failed to allege that they
personally participated in any constitutional violation. *See Jeffers v. Gomez,* 267
F.3d 895, 915 (9th Cir.2001) (section 1983
supervisory liability arises only upon a
showing of personal participation by defendant).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by
9th Cir. R. 36–3.

